UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERYL J. MARTIN,<br><br>                    Petitioner,<br><br>         v.<br><br>DAVID FLYNN,<br><br>                    Respondent. | CASE NO. C15-5766 BHS<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:  The Court declines to adopt the R&R as moot since Plaintiff has now paid the filing fee.

Dated this 16th day December, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER