UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERYL J MARTIN,<br><br>        Petitioner,<br><br>   v.<br><br>DAVID FLYNN,<br><br>        Respondent. | CASE NO. 3:15-CV-05766-BHS-DWC<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY AND TO RENOTE PETITION FOR CONSIDERATION |

    The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. Currently pending in this action is Petitioner's Motion to Extend Time to File Reply and to Renote Petition for Consideration ("Motion"). Dkt. 22.

    Petitioner requests the Court extend her time to file a response to Respondent's Answer to June 13, 2016, and re-note Petitioner's federal habeas Petition ("Petition") for consideration on June 17, 2016. *Id*. Petitioner states Respondent does not object to the extension. *Id.*

After review of Petitioner's Motion, the Motion is granted and the Court hereby orders as follows: Petitioner shall have up to and including June 13, 2016 to file a response to Respondent's Answer. Respondent must file any reply to Petitioner's response by June 17, 2016.

The Clerk is directed to re-note the Petition for June 17, 2016.

Dated this 23rd day of May, 2016.

David W. Christel
United States Magistrate Judge